## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                          Case No. 14-34566-RBR
                                                Chapter 13
KAHSAY T. TSEGGA,

_____Debtor._____/

### NOTICE OF APPEARANCE

Michael S. Hoffman, Esq. of Hoffman, Larin & Agnetti, P.A., files this notice of appearance as counsel for Creditor Sunset Falls Homeowners Association, Inc. and would request that copies of all future pleadings and correspondence be forwarded to him either via the CM/ECF system or via U.S. Mail at the following address:

Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd., #201
North Miami, Florida 33162

HOFFMAN, LARIN & AGNETTI, P.A.
Counsel for Creditor
909 North Miami Beach Blvd., Suite 201
North Miami, FL 33162
Tel: (305) 653-5555
Fax: (305) 940-0090
Email: mshoffman@hlalaw.com

/s/ Michael S. Hoffman
Michael S. Hoffman
Florida Bar No.: 41164

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF to Robin R. Weiner, Trustee, the Office of the United States Trustee and Samuel S. Sorota, Esq. on August 4, 2015.

/s/ Michael S. Hoffman
Michael S. Hoffman